IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARCIA THOMAS,**

   *Plaintiff*,

v.	Case No.: 4:24cv380-MW/MAF

**LEON COUNTY SHERIFF'S
OFFICE, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. The Magistrate Judge recommends dismissal of Plaintiff's third amended complaint for failure to state a claim because it is a shotgun pleading that alleges myriad unrelated claims against an unknown number of Defendants and continues to include fanciful allegations. This Court has also reviewed Plaintiff's "revised" third amended complaint, ECF No. 18, which Plaintiff filed without leave of court and which fixes some, if not all, of the problems identified in the report and recommendation. Her new allegations no longer include fanciful or "sci-fi" allegations, but instead are now limited to claims against the Leon County Sheriff's Office, Tallahassee Police Department, Sheriff McNeil, Chief Revell, and Deputy Gavin Larrmore, for "ongoing harassment and assault by Deputy

Gavin Larrmore" and a conspiracy involving all Defendants to violate her civil rights beginning in 2019 and continuing through today. However, Plaintiff did not receive leave of court to file a fourth amended complaint, nor can she amend her complaint through filing objections.[1] If Plaintiff wishes to pursue her more targeted claims, she must do so by filing a proper complaint under a new case number. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 16, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall close the file.

**SO ORDERED on January 10, 2025.**

s/Mark E. Walker<br>
**Chief United States District Judge**

---

[1] To be clear, although Plaintiff was advised to file objections, no objections to the report and recommendation have been filed to date.