IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARCIA THOMAS,**

    *Plaintiff,*

v.                                                     Case No.:  4:24cv380-MW/MAF

**LEON COUNTY SHERIFF'S
OFFICE, et al.,**

    *Defendants*.

_____/

**ORDER VACATING PRIOR ORDER, CONSIDERING OBJECTIONS,
AND ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION OVER PLAINTIFF'S OBJECTIONS**

This Court previously adopted the Magistrate Judge's report and recommendation without objection from either side and directed judgment be entered in Defendant's favor. ECF Nos. 21 and 22. On January 10, 2025, however, this Court received Plaintiff's objections to the report and recommendation. ECF No. 23. Accordingly, the Clerk is directed to **VACATE** this Court's order, ECF No. 21, and the judgment, ECF No. 22.

Having considered Plaintiff's objections, ECF No. 23, *de novo*, this Court again **accepts and adopts** the Magistrate Judge's report and recommendation, ECF No. 16. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted

pursuant to 28 U.S.C. § 1915(e)(2)." If Plaintiff wishes to pursue her more targeted claims, she must do so by filing a proper complaint under a new case number. The Clerk shall close the file.

**SO ORDERED on January 13, 2025.**

                                        <u>s/Mark E. Walker          </u>
                                        **Chief United States District Judge**